**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Cheryl Estrada, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil Action File No.: |
| | ) | 1:20-cv-03368-WMR-CCB |
| v. | ) | |
| | ) | |
| Receivable Solutions, Inc., | ) | |
| | ) | |
|     Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Cheryl Estrada, by and through undersigned counsel, hereby dismisses this action against Defendant **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 23rd day of November, 2020.

                                              **BERRY & ASSOCIATES**

                                              */s/ Matthew T. Berry*
                                              Matthew T. Berry
                                              Georgia Bar No.: 055663
                                              mberry@mattberry.com
                                              Telephone: (404) 235-3334

                                              2751 Buford Highway, Suite 600
                                              Atlanta, GA 30324
                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2020, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Defendant, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

LaDonna Bohling
800 Dutch Square Blvd
Suite 100
Columbia, SC 29210

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663

2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*